IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILFREDO RAMOS, JR., | CIVIL ACTION |
| Plaintiff, | NO. 16-2765 |
| v. | |
| TROOPER JUSTIN M. SUMMA, et al, | |
| Defendants. | |

### ORDER

**AND NOW**, this 22nd day of March, 2017, upon review of Defendant's Motion to Dismiss for Failure to State a Claim (Docket No. 11), Plaintiff's response thereto, and Defendant's reply, it is hereby **ORDERED** that Defendant's motion is **DENIED** without prejudice to refile as a motion for summary judgment at the close of discovery.

BY THE COURT:


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.